IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KAAZIM ABDUL 'UMAR<br>  ID# 428622<br>   Petitioner,<br>vs.<br><br>RICK THALER, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions<br>Division,<br>   Respondent. | No. 3:10-CV-0735-K |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court after reviewing all relevant matters of record in this case including the Petition, Respondent's Answer, the U.S. Magistrate Judge's Findings and Recommendations, Petitioner's Traverse With Brief in Support, as well as Petitioner's Objections to the U.S. Magistrate [Judge's] Findings and Recommendations, finds that in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner's Objections to the U.S. Magistrate [Judge's] Findings and Recommendations, are hereby **OVERRULED**.

  SO ORDERED.

  SIGNED this 14th day of October, 2010.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE